IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CARLA HESTER | § | |
| v. | § | CIVIL ACTION NO. 6:04cv36 |
| GRAHAM, BRIGHT & SMITH, ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Plaintiff's Motion for Partial Summary Judgment be granted and that an order be entered finding that, as a matter of law, Graham, Bright & Smith and R. Spencer Shytles are liable to Plaintiff for a violation of 15 U.S.C. § 1692i(a)(2) and that Aqua Finance, Inc., is liable to Plaintiff for a violation of Tex. Bus. & Com. Code § 17.46(b)(23), leaving the issue of damages for trial. Defendants filed written objections to the Report and Recommendation on April 14, 2005.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections

are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment (docket #50) is **GRANTED**. It is further

**ORDERED** that, as a matter of law, Graham, Bright & Smith and R. Spencer Shytles, Defendants, are adjudged liable to Carla Hester, Plaintiff, for violation of 15 U.S.C. § 1692i(a)(2) and Aqua Finance, Inc., Defendant, is adjudged liable to Carla Hester, Plaintiff, for violation of Tex. Bus. & Com. Code § 17.46(b)(23), leaving the issue of damages for trial.

All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 22nd day of April, 2005.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**